NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FORD MOTOR COMPANY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-1224

---

Appeal from the United States Court of International Trade in case no. 06-CV-0217, Judge Leo M. Gordon.

---

**ON MOTION**

---

**ORDER**

Ford Motor Company moves for leave to file a substitute motion for an extension of time to inform the court that the United States does not oppose the extension.

Ford's motion for an extension of time was granted on May 24, 2011.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

JUN 0 2 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Bruce J. Casino, Esq.
    Tara K. Hogan, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK